UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BALBINA DE OLIVEIRA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. 10-11905-JLT |
| | * | |
| MICHAEL J. ASTRUE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

January 25, 2012

TAURO, J.

This court ACCEPTS and ADOPTS the August 1, 2011 Report and Recommendation Re: Motion to Dismiss [#13] of Magistrate Judge Bowler. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant's Motion to Dismiss [#5] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge